**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**


ARCHIE TINDELL,             )
         Plaintiff,      )
     v.                   )     C.A. No. 11-173 Erie
                         )
DEPT. OF CORRECTIONS, et al,  )
        Defendants.   )


## MEMORANDUM ORDER


Plaintiff's complaint was received by the Clerk of Court on August 15, 2011, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates. The magistrate judge's report and recommendation, issued on April 15, 2014, recommended that the motion for summary judgment filed by the Commonwealth Defendants [ECF No. 210] be GRANTED, and that the Clerk of Courts be directed to close this case.

The parties were allowed ten (10) days from the date of service to file objections. Service was made on Plaintiff by mail at SCI Forest, where he is incarcerated, and on Defendants. Plaintiff filed a motion for extension of time to object to the report and recommendation on April 25, 2014. His motion was granted, and objections were due on or before May 30, 2014. No objections were filed. After de novo review of the pleadings and documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 17th Day of June, 2014;

IT IS HEREBY ORDERED that the motion for summary judgment filed by the Commonwealth Defendants [210] is GRANTED. The Clerk of Courts is directed to close this case.

The report and recommendation of Magistrate Judge Baxter, issued April 15, 2014, is adopted as the opinion of the court.

Donetta W. Ambrose

DONETTA W. AMBROSE
United States District Judge

all parties of record _____